UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 08-188 |
| JASON FLOWERS | SECTION "N" (4) |

## ORDER AND REASONS

Presently before the Court is a motion to vacate filed by Jason Flowers pursuant to 28 U.S.C. §2255. See Rec. Docs. 546, 551, and 611. Having carefully considered the parties' submissions and applicable law, **IT IS ORDERED** that Mr. Flowers' motion is **DENIED** for essentially the reasons set forth in the Government's comprehensive and well-reasoned opposition memorandum (Rec. Doc. 591).

New Orleans, Louisiana, this 26th day of September 2013.

KURT D. ENGELHARDT
**United States District Judge**